IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv201
(3:05cr74)

| | |
|---|---|
| MARION COX, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** comes before the Court upon Respondent's first and second Motions for Extensions of Time, both of which were based on the need to obtain an affidavit from Petitioner's former counsel. (Doc. Nos. 3 and 4).

For the reasons stated in the motions, the Court finds that Respondent has stated good cause for an additional extension.

**IT IS, THEREFORE, ORDERED** that Respondent's motions (Doc. Nos. 3 and 4) are **GRANTED**, and former counsel is directed to provide necessary information to Respondent promptly, if he has not already done so. Respondent shall file its response on or before August 15, 2008.

The Clerk is directed to certify copies of this Order to Petitioner, Respondent and to Steven T. Meier, Esquire.

Signed: August 4, 2008

Robert J. Conrad, Jr.
Chief United States District Judge